**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SUSAN GOODRICH,

    Plaintiff,

v.                                                                   Case No. 3:15-cv-1435-J-32PDB

PARK AVENUE DERMATOLOGY,
P.A., GEORGE J. SCHMIEDER, and
MARY E. SCHMIEDER,

    Defendants.

## O R D E R

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 16). On October 25, 2016, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending that the Court: (1) grant the parties' motion (Doc. 16) to the extent it seeks approval of the settlement of the plaintiffs' FLSA claims, finding the settlement is a fair and reasonable compromise of disputed issues; (2) deny the parties' motion to the extent it seeks a reservation of jurisdiction to enforce the settlement agreement (Doc. 16 at 5); and (3) dismiss the case with prejudice.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 17), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 16) is **GRANTED** to the extent it seeks approval of the settlement of the plaintiffs' FLSA claims, as the Court finds the settlement is a fair and reasonable compromise of disputed issues, and **DENIED** to the extent it seeks a reservation of jurisdiction to enforce the settlement agreement (Doc. 16 at 5).

3. The case is **DISMISSED** with prejudice.

4. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 15th day of November, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record